UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY WILSON,

       Plaintiff,                 CIVIL ACTION NO. 06-CV-13111-DT

vs.

                                     DISTRICT JUDGE PAUL D. BORMAN

GENESEE COUNTY,

                                     MAGISTRATE JUDGE MONA K. MAJZOUB

       Defendant.
_____/

**OPINION AND ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MOTION FOR A PROTECTIVE ORDER
(DOCKET # 6)**

On August 16, 2006 Defendant filed a Motion for a Protective Order (Docket # 6). Plaintiff responded to said motion on August 28, 2006. District Court Paul D. Borman referred said motion to the undersigned for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A). Defendant appeared through counsel for oral argument on September 25, 2006. Plaintiff, despite proper notice, did not appear for the hearing. Defendant's motion is now before this Court.

Based upon the parties' pleadings, and Defendant's arguments at the hearing, the Court hereby **GRANTS IN PART AND DENIES IN PART** Defendant's Motion for a Protective Order for the reasons stated on the record at the September 25, 2006 hearing and in a manner consistent with the following:

1.     Defendant's motion to strike is **GRANTED** and the Court hereby **STRIKES** the following discovery requests: (a) Plaintiff's Notice of Taking Deposition Upon Written Question dated 8/8/06; (b) Plaintiff's Deposition Upon Written Questions to the Person(s) Hired for the License Enforcement Specialist Positions By and Through Their Employer Genesse County dated 8/8/06; and (c) Plaintiff's Deposition Upon Written Questions to the Genesee County

       Human Resources Department By and Through Genesee County dated 8/11/06.

2. Defendant's motion to preclude Plaintiff's discovery of third parties' private information is **GRANTED** to the extent Plaintiff seeks discovery of third parties' social security numbers and driver's license numbers.

3. Defendant's request to stay and prohibit all discovery is hereby **DENIED** as moot.

4. Defendant's request to strike: (a) Plaintiff's First Joint Interrogatories and Request for Production of Documents dated 8/7/06; and (b) Plaintiff's Request for Production of Documents to the Person(s) Hired for the License Enforcement Specialist Positions By and Through Their Employer Genesee County and By and Through Their Attorney Genesee County Corporations Counsel dated 8/7/06, is hereby **DENIED**.  Defendant's will respond to Plaintiff's discovery **within 21 days** of entry of this Order.

5. Plaintiff's request for sanctions is **DENIED.**

**IT IS SO ORDERED.**

### Notice to the Parties

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: September 26, 2006       s/ Mona K. Majzoub
                                          **MONA K. MAJZOUB**
                                          **UNITED STATES MAGISTRATE JUDGE**

**Proof of Service**

    I hereby certify that a copy of this order was served upon Anthony Wilson and Counsel of Record and on this date.

Dated: September 26, 2006        s/ Lisa C. Bartlett
                                            **Courtroom Deputy**