UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY WILSON,

       Plaintiff,                                 CASE NO. 06-CV-13111

-vs-                                             PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

GENESEE COUNTY,

       Defendant.
_____/

## ORDER
### (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

     Before the Court is the Magistrate Judge's October 27, 2006 Report and Recommendation Denying Without Prejudice Plaintiff's Motion for Summary Judgment. (Docket No. 24). Neither party has filed timely objections. Upon reviewing the record, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DENIES WITHOUT PREJUDICE** Plaintiff's Motion for Summary Judgment.

     **SO ORDERED.**

                                                              s/Paul D. Borman

                                                              PAUL D. BORMAN
                                                              UNITED STATES DISTRICT JUDGE

     Dated:  December 22, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2006.

s/Denise Goodine
Case Manager