UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY WILSON,

       Plaintiff,

v.                                       No. 06-13111

GENESEE COUNTY             HON. PAUL D. BORMAN

       Defendants,

_____/

## **JUDGMENT**

This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

**IT IS ORDERED** and **ADJUDGED** that defendant's motion for summary judgment is **GRANTED** and the complaint **DISMISSED.**

                                                        DAVID WEAVER, CLERK

                                                        s/Denise Goodine
                                                        Denise Goodine, Deputy Clerk

APPROVED:

s/PAUL D. BORMAN
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served on plaintiff and the attorneys of record by electronic means or U.S. Mail on August 31, 2007.

                                          s/Denise Goodine
                                          Case Manager